IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EMED TECHNOLOGIES CORPORATION, ET AL. § § § | |
| v. § § | Case No. 2:15-CV-1167-JRG-RSP |
| REPRO-MED SYSTEMS, INC. § § | |

## JOINT MOTION TO AMEND DOCKET CONTROL ORDER

Plaintiff EMED Technologies Corporation ("EMED") and Defendant Repro-Med Systems, Inc. ("RMS"), in the above-captioned consolidated case, respectfully request that the Court modify a certain deadline in the Third Amended Docket Control Order dated March 11, 2019 (Dkt. No. 112). The proposed Fourth Amended Docket Control Order is attached hereto as Exhibit A.

The parties jointly request that the following date be modified as follows:

| Current Deadline | Proposed Date | Event |
|---|---|---|
| April 1, 2019 | May 10, 2019 | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |

The Parties have agreed to the terms of the proposed Fourth Amended Docket Control Order attached hereto as Exhibit A.

DATE:  March 14, 2019

Respectfully submitted,

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas State Bar No. 00784720
Matthew T. Milam
Texas Bar No. 24065746
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Tel: (903) 509-5000
Fax: (903) 509-5092
Email: jainsworth@wilsonlawfirm.com
Email: mmilam@wilsonlawfirm.com

James G. Sawtelle
Christopher M. Jackson
SHERMAN & HOWARD L.L.C.
633 17th Street, Suite 3000
Denver, CO 80202
Tel: (303) 297-2900
Fax: (303) 298-0940
Email: jsawtelle@shermanhoward.com
Email: cjackson@shermanhoward.com

ATTORNEYS FOR DEFENDANT
REPRO-MED SYSTEMS, INC.


*/s/ William P. Ramey, III*
 (*with permission by Jennifer P. Ainsworth*)
 William P. Ramey, III
 Texas Bar No. 24027643
 Ramey & Schwaller, LLP
 5020 Montrose Blvd., Suite 750
 Houston, Texas 77006
 (713) 426-3923 (Telephone)
 (832) 900-4941 (Facsimile)
 wramey@rameyfirm.com

ATTORNEY FOR PLAINTIFF
EMED TECHNOLOGIES CORPORATION

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a), on this the 14th day of March 2019.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth

**CERTIFICATE OF CONFERENCE**

This is to certify that counsel have conferred concerning this Joint Motion and this Joint Motion sets out the Parties' positions.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth
