IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EMED TECHNOLOGIES CORPORATION, ET AL. § § § | |
| v. § § | Case No. 2:15-CV-1167-JRG-RSP |
| REPRO-MED SYSTEMS, INC. § § | |

**JOINT MOTION TO AMEND DOCKET CONTROL ORDER**

Plaintiff EMED Technologies Corporation ("EMED") and Defendant Repro-Med Systems, Inc. ("RMS") respectfully request that the Court modify certain deadlines in the Fourth Amended Docket Control Order dated March 18, 2019 (Dkt. No. 118). The proposed Fifth Amended Docket Control Order is attached hereto as Exhibit A.

Specifically, the parties agree to extend the fact discovery deadline for the 30(b)(6) deposition of EMED pursuant to the deposition notice previously served by RMS. The parties request that the Court extend this deadline to June 5 to allow the parties to schedule the deposition of EMED at a date mutually agreeable to the parties and the witness(es).

The parties jointly request that the following date be modified as follows:

| Current Deadline | Proposed Date | Event |
|---|---|---|
| May 10, 2019 | June 5, 2019 | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |

The Parties have agreed to the terms of the proposed Fifth Amended Docket Control Order attached hereto as Exhibit A.

1

DATE:  May 10, 2019                              Respectfully submitted,

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas State Bar No. 00784720
Matthew T. Milam
Texas Bar No. 24065746
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Tel: (903) 509-5000
Fax: (903) 509-5092
Email: jainsworth@wilsonlawfirm.com
Email: mmilam@wilsonlawfirm.com

Robert M. Isackson
Matthew L. Kaufman
Henry A. Gabathuler
LEASON ELLIS LLP
One Barker Avenue
Fifth Floor
White Plains, New York 10601
Tel: (914) 288-0022
Fax: (914) 288-0023
Email: isackson@leasonellis.com
Email: kaufman@leasonellis.com
Email: gabathuler@leasonellis.com

James G. Sawtelle
Christopher M. Jackson
SHERMAN & HOWARD L.L.C.
633 17th Street, Suite 3000
Denver, CO 80202
Tel: (303) 297-2900
Fax: (303) 298-0940
Email: jsawtelle@shermanhoward.com
Email: cjackson@shermanhoward.com

ATTORNEYS FOR DEFENDANT
REPRO-MED SYSTEMS, INC.

*/s/ William P. Ramey, III*
(*with permission by Jennifer P. Ainsworth*)
William P. Ramey, III
Texas Bar No. 24027643
Ramey & Schwaller, LLP
5020 Montrose Blvd., Suite 750
Houston, Texas 77006
(713) 426-3923 (Telephone)
(832) 900-4941 (Facsimile)
wramey@rameyfirm.com

ATTORNEY FOR PLAINTIFF
EMED TECHNOLOGIES CORPORATION

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a), on this the 10th day of May 2019.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth

### CERTIFICATE OF CONFERENCE

This is to certify that counsel have conferred concerning this Joint Motion and this Joint Motion sets out the Parties' positions.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth
