# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| EMED TECHNOLOGIES CORPORATION, ET AL. § § § | |
| v. § § | Case No. 2:15-CV-1167-JRG-RSP |
| REPRO-MED SYSTEMS, INC. § § § | |

## JOINT MOTION TO AMEND DOCKET CONTROL ORDER

Plaintiff EMED Technologies Corporation ("EMED") and Defendant Repro-Med Systems, Inc. ("RMS") respectfully request that the Court modify certain deadlines in the Fifth Amended Docket Control Order dated May 14, 2019 (Dkt. No. 134). The proposed Sixth Amended Docket Control Order is attached hereto as Exhibit A.

Specifically, the parties agree to extend Deadline to Complete Fact Discovery and File Motions to Compel Discovery, Service of Pretrial Disclosures and Objections to Pretrial Disclosures and Service of Rebuttal Pretrial Disclosures by two (2) weeks.

The parties jointly request that the following date be modified as follows:

| Current Deadline | Proposed Date | Event |
|---|---|---|
| July 1, 2019 | July 8, 2019 | File Motions *in Limine*<br><br>The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |
| July 1, 2019 | July 8, 2019 | Serve Objections to Rebuttal Pretrial Disclosures |
| June 17, 2019 | July 1, 2019 | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |
| June 10, 2019 | June 24, 2019 | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |
| June 5, 2019 | June 19, 2019 | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |

The Parties have agreed to the terms of the proposed Sixth Amended Docket Control Order attached hereto as Exhibit A.

DATE:  June 5, 2019                                    Respectfully submitted,

>  /s/ *William P. Ramey, III*
>  William P. Ramey, III
>  Texas Bar No. 24027643
>  Ramey & Schwaller, LLP
>  5020 Montrose Blvd., Suite 750
>  Houston, Texas 77006
>  (713) 426-3923 (Telephone)
>  (832) 900-4941 (Facsimile)
>  wramey@rameyfirm.com
>
> **ATTORNEY FOR PLAINTIFF**
> **EMED TECHNOLOGIES CORPORATION**
>
> */s/ Jennifer Ainsworth* (by permission)
> Jennifer Parker Ainsworth
> Texas State Bar No. 00784720
> Matthew T. Milam
> Texas Bar No. 24065746
> WILSON, ROBERTSON & CORNELIUS, P.C.
> 909 ESE Loop 323, Suite 400
> Tyler, Texas 75701
> Tel: (903) 509-5000
> Fax: (903) 509-5092
> Email: jainsworth@wilsonlawfirm.com
> Email: mmilam@wilsonlawfirm.com
>
> Robert M. Isackson
> Matthew L. Kaufman
> Henry A. Gabathuler
> LEASON ELLIS LLP
> One Barker Avenue
> Fifth Floor
> White Plains, New York 10601
> Tel: (914) 288-0022
> Fax: (914) 288-0023
> Email: isackson@leasonellis.com
> Email: kaufman@leasonellis.com
> Email: gabathuler@leasonellis.com

James G. Sawtelle
Christopher M. Jackson
SHERMAN & HOWARD L.L.C.
633 17th Street, Suite 3000
Denver, CO 80202
Tel: (303) 297-2900
Fax: (303) 298-0940
Email: jsawtelle@shermanhoward.com
Email: cjackson@shermanhoward.com

**ATTORNEYS FOR DEFENDANT**
**REPRO-MED SYSTEMS, INC.**

## CERTIFICATE OF CONFERENCE

This is to certify that counsel have conferred concerning this Joint Motion and this Joint Motion sets out the Parties' positions.

*/s/ William P. Ramey, III*
William P. Ramey, III

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a), on this the 5th day of June 2019.

*/s/ William P. Ramey, III*
William P. Ramey, III