**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| EMED TECHNOLOGIES CORPORATION, | § § § | |
| *Plaintiff*, | § § | Case No. 2:15-cv-01167-JRG-RSP |
| v. | § § | |
| REPRO-MED SYSTEMS, INC. D/B/A RMS MEDICAL PRODUCTS, | § § § § | |
| *Defendant*. | § | |

## ORDER

This Final Judgment is entered pursuant to Fed. R. Civ. P. 58 and the Court's Order granting the motion for summary judgment (Dkt. No. 121) filed by Defendant Repro-Med Systems ("Repro-Med"), entered contemporaneously with this Order. It is therefore **ORDERED** and **ADJUDGED** as follows:

- Plaintiff EMED Technologies Corporation's ("EMED") Complaint (Dkt. No. 1) against Repro-Med is **DISMISSED WITH PREJUDICE**;
- EMED shall **TAKE NOTHING** of and from its claim against Repro-Med;
- Repro-Med, as prevailing party, shall recover their costs from EMED; and
- All relief not specifically granted herein is **DENIED**.

The Clerk is directed to close this case.

**So ORDERED and SIGNED this 28th day of June, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE