# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| EMED TECHNOLOGIES CORPORATION, § § § § *Plaintiff*, § § v. § § REPRO-MED SYSTEMS, INC. D/B/A § RMS MEDICAL PRODUCTS, § § § *Defendant*. § | Case No. 2:15-cv-01167-JRG-RSP |

## ORDER STAYING PROCEEDINGS

The Court, *sua sponte*, hereby issues a stay of the instant proceeding pending the outcome of the parties' appeal to the United States Court of Appeals for the Federal Circuit (*EMED Technologies Corporation v. Repro-Med Systems, Inc.*, Case No. 2019-2145). *See DSS Technology Management Inc. v. Taiwan Semiconductor, et al*, Case No. 2:14-cv-00199-RSP, Dkt. No. 207.

On June 28, 2019, the Court granted Defendant Repro-Med Systems, Inc.'s motion for summary judgment as to non-infringement of the patent-in-suit. (Dkt. No. 169). The Court entered Final Judgment on June 28, 2019 based on the grant of summary judgment to Defendant. (Dkt. No. 171). On July 9, 2019, Plaintiff filed an appeal as to the Order granting Defendant's motion for summary judgment. (Dkt. No. 172). In light of the Final Judgment and current appeal before the Federal Circuit, the Court hereby **STAYS** the instant proceeding subject to the following:

The parties are **ORDERED** to file a Joint Status Notice regarding the status of the instant appeal every six months, beginning from the date of this Order. This notice shall provide a brief summary of the current status of the appeal at the conclusion of each six-month period. The parties are further **ORDERED** to meet and confer within ten days from the date of the Federal Circuit's disposition of the appeal to discuss the parties' respective positions in proceeding with this matter

at the conclusion of the appeal. The parties are further **ORDERED** to file a Joint Status Report within ten days of the parties' meet and confer detailing the parties' meet and confer efforts, agreements, and remaining disputes as they relate to further proceedings in this matter.

**SIGNED this 3rd day of September, 2019.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE